

printing ten briefs at $.20 per page is allowable as costs under Rule 39(c).

Appellees' motion to tax costs is GRANTED.

SO ORDERED.

case for further consideration in light of *Hobby v. United States*, 468 U.S. ——, 104 S.Ct. 3093, 82 L.Ed.2d 260 (1984), it is ORDERED that the judgment of the district court, 516 F.Supp. 700 rendered in this cause is

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**William Howard CROSS, Sr.,**
**Defendant-Appellant.**

**No. 81–7783.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 1984.

Joe D. Whitley, U.S. Atty., Samuel A. Wilson, Jr., Asst. U.S. Atty., Macon, Ga., Mervyn Hamburg, Atty., Appellate Section, Crim. Div., Washington, D.C., for plaintiff-appellee.

Theodore S. Worozbyt, William A. Morrison, Atlanta, Ga., for defendant-appellant Cross, Sr.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Laurie MILLER, Defendant-Appellant.**

**Nos. 83–3185, 83–3319.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 1984.

Rehearing and Rehearing En Banc
Denied Nov. 6, 1984.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOHNSON and ANDERSON, Circuit Judges.*

BY THE COURT:

The United States Supreme Court, —— U.S. ——, 104 S.Ct. 3580, 82 L.Ed.2d 879, having on July 5, 1984, vacated the opinion and judgment of this Court rendered June 30, 1983, 708 F.2d 631, and remanded the

---

* Honorable James P. Coleman, United States Circuit Judge for the Fifth Circuit, sat as a member of the panel designated to hear this case. Judge

Coleman has since resigned as a United States Judge.